```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 08525
  DANIEL P ANKEBRANT
                                            CHAPTER 13

                                            JUDGE: MANUEL BARBOSA

       Debtor
  SSN XXX-XX-6013


--------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 05/10/07 .

     2.  The case was dismissed without confirmation, 11/15/2007.

     3.  The Debtor paid a total of $   2763.60 .

     4.  The Trustee made disbursements to creditors as follows:


--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------
LITTON LOAN SERVICING IN  CURRENT MORTG       .00           .00           .00
LITTON LOAN SERVICING IN  MORTGAGE ARRE  NOT FILED          .00           .00
AMERICAS SERVICING CO     SECURED            .00            .00           .00
AMERICAS SERVICING CO     MORTGAGE ARRE  NOT FILED          .00           .00
KANE COUNTY TREASURER     SECURED        NOT FILED          .00           .00
NATIONWIDE ACCEPTANCE     SECURED             .00           .00           .00
COMED                     UNSECURED      NOT FILED          .00           .00
MIDLAND CREDIT MGMT       UNSECURED      NOT FILED          .00           .00
NORTHERN ILLINOIS GAS     UNSECURED      NOT FILED          .00           .00
PENTAGROUP FINANCIAL      UNSECURED      NOT FILED          .00           .00
SBC AMERITECH             UNSECURED      NOT FILED          .00           .00
      Summary of disbursements:

--------------------------------------------------------------------------
                    SECURED    PRIORITY    UNSECURED     OTHER         TOTAL
--------------------------------------------------------------------------
TOTAL CLMS ALLOWED    .00        .00         .00          .00           .00
PRINCIPAL PAID        .00        .00         .00          .00           .00
INTEREST PAID         .00        .00         .00          .00           .00
TOTAL PAID            .00        .00         .00          .00           .00
The Debtor's attorney, ROBERT V SCHALLER            , was allowed $   575.00
and was paid $    575.00 .

The Trustee received $    35.40 .

Refunds to the Debtor totaled $    2153.20 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 07/16/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```